| | |
|---|---|
| KEITH ROBERT LUGO,<br><br>  Plaintiff,<br><br>v.<br><br>R. FISHER, et al.,<br><br>  Defendants. | Case No.: 1:19-cv-00039 SAB (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS FOR A PRISONER, OR PAY FILING FEE WITHIN FORTY-FIVE (45) DAYS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Keith Robert Lugo is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action by filing a complaint on December 5, 2018, in the United States District Court for the Northern District of California. (ECF No. 1.) Plaintiff also submitted two applications to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, to that court. (ECF Nos. 2, 6.)

On January 4, 2019, that court determined that venue did not like in that district, and that this matter should be transferred to this Court, the United States District Court for the Eastern District of California. (ECF No. 7.) The other court also terminated the pending motions, including the then-pending applications to proceed *in forma pauperis*. It does not appear that those motions were substantively denied. Nevertheless, there is no pending application to proceed *in forma pauperis* before this Court at this time, nor has Plaintiff paid the $400.00 filing fee to proceed in this action.

Therefore, the Court will allow Plaintiff to submit a new application to proceed *in forma pauperis* to this Court on this Court's form for consideration. Further, as will be explained in the

1

instructions provided to Plaintiff, he is not required to obtain any new certified inmate trust account statement with his new application. He must instead merely complete, sign, and date the form, and the Court will obtain the necessary certified statement to consider his application.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to Plaintiff an application to proceed *in forma paupers*, for a prisoner;

2. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

3. <u>No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated: **January 10, 2019**

_____
UNITED STATES MAGISTRATE JUDGE