1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   KEITH ROBERT LUGO,                          Case No.: 1:19-cv-00039-LJO-SAB (PC)

10                  Plaintiff,                   ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATION, AND DENYING
11          v.                                   PLAINTIFF'S MOTION FOR COURT
                                                 ORDER TO PREVENT HIS TRANSFER
12   R. FISHER, et al.,
                                                 [ECF Nos. 14, 15, 16, 17]
13                  Defendants.

14

15          Plaintiff Keith Robert Lugo is a state prisoner proceeding *pro se* in a civil rights action

16   pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

17   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

18          On February 11, 2019, the Magistrate Judge issued a Findings and Recommendation

19   recommending that Plaintiff's motion for a court order to prevent his transfer be denied.  (ECF

20   No. 15.)  The Findings and Recommendation was served on Plaintiff and contained notice that

21   objections were to be filed within fourteen days.  (Id.)  On February 20, 2019, Plaintiff filed

22   objections.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

24   *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the

25   Findings and Recommendations to be supported by the record and by proper analysis.

26   ///

27   ///

28   ///

1

1        Based on the foregoing, it is HEREBY ORDERED that:

2     1.    The Findings and Recommendation filed on February 11, 2019, is adopted in full;

3        and

4     2.    Plaintiff's motion for a court order to prevent his transfer filed on February 7,

5        2019, is denied.

IT IS SO ORDERED.

    Dated:   **February 21, 2019**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES CHIEF DISTRICT JUDGE