# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ROBERT LUGO,<br><br>                Plaintiff,<br><br>   v.<br><br>R. FISHER, et al.,<br><br>                Defendants. | Case No. 1:19-cv-00039-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF DEFENDANT ANGELINA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(m)<br><br>(ECF No. 34) |

      Plaintiff Keith Robert Lugo is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On November 7, 2019, the assigned Magistrate Judge issued findings and recommendations recommending that Defendant Angelina be dismissed from the action, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m). (ECF No. 34.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (Id. at 3-4.) Plaintiff timely filed objections on November 20, 2019. (ECF No. 36.)

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the findings and recommendations are supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on November 7, 2019, (ECF No. 34), are adopted in full;
2. Defendant Angelina is dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m); and
3. This action is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: **November 22, 2019**　　　　　　　/s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE