UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ROBERT LUGO,<br><br>        Plaintiff,<br><br>   v.<br><br>R. FISHER, et al.,<br><br>        Defendants. | Case No.: 1:19-cv-00039 SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION TO EXTEND THE DEADLINE TO AMEND THE PLEADINGS<br><br>(ECF Nos. 53, 54) |

Plaintiff Keith Robert Lugo is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's second motion to extend the deadline to amend the pleadings, filed July 15, 2020. (ECF No. 53.) On July 23, 2020, Plaintiff filed a supplement to his request. (ECF No. 54.) Defendants have not file an opposition and the time to do so has expired. Local Rule 230(l).

On the basis of good cause, the deadline to amend the pleadings is extended to **September 21, 2020**, and all other provisions and deadlines set forth in the Court's January 3, 2020 discovery and scheduling order remain in effect.

IT IS SO ORDERED.

Dated: __**August 7, 2020**__

UNITED STATES MAGISTRATE JUDGE

1