UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ROBERT LUGO,<br><br>    Plaintiff,<br><br>    v.<br><br>R. FISHER, et al.,<br><br>    Defendants. | Case No.:  1:19-cv-00039-NONE-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 60) |

Plaintiff Keith Robert Lugo is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed September 1, 2020.

Good cause having been presented, it is HEREBY ORDERED that the discovery deadline is extended to November 2, 2020, and the dispositive motion deadline is extended to January 11, 2021.  All other provisions of the Court's January 3, 2020 order remain in effect.

IT IS SO ORDERED.

Dated:  **September 1, 2020**

UNITED STATES MAGISTRATE JUDGE

1