UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ROBERT LUGO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. FISHER, et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00039-NONE-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 70) |

Plaintiff Keith Robert Lugo is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' second motion to modify the discovery and scheduling order, filed November 2, 2020.

Good cause having been presented, Defendants' second motion to modify the discovery and scheduling order is granted. The deadline to: (1) complete Plaintiff's deposition is extended to December 7, 2020; (2) file a motion to compel the deposition of Plaintiff is extended to December 14, 2020; and (3) file a dispositive motion is extended to February 15, 2021. All other provisions of the Court's January 3, 2020 order remain in effect.

IT IS SO ORDERED.

Dated:  **November 2, 2020**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1