UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ROBERT LUGO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. FISHER, et al.,<br><br>　　　　Defendants. | Case No.:  1:19-cv-00039-NONE-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' THIRD MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 80) |

Plaintiff Keith Robert Lugo is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' third motion to modify the discovery and scheduling order, filed February 16, 2021.

On February 5, 2021, Plaintiff lodged a third amended complaint.  (ECF No. 79.)  The Court has not determined whether the lodged third amended complaint should be filed or screened the complaint to determine if Plaintiff states any cognizable claims.  Defendants currently seek to either vacate the dispositive motion deadline and issue a new discovery and scheduling order after the third amended complaint is screened and found to be cognizable, or if the Court declines to file the lodged third amended complaint to stay the dispositive motion deadline until forty-five days after the order.  (ECF No. 80.)

Good cause having been presented, it is HEREBY ORDERED that the Court will: (1) issue a new discovery and scheduling order setting forth a new dispositive motion deadline and, to the extent necessary, discovery deadlines if the complaint if filed and found to state cognizable

claims; or (2) set the dispositive motion forty-five days after the Court determines that the lodged third amended complaint should not be filed or does not state cognizable claims.

IT IS SO ORDERED.

Dated:  **February 17, 2021**

UNITED STATES MAGISTRATE JUDGE