UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ROBERT LUGO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. FISHER, et al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-00039-NONE-SAB (PC)<br><br>**AMENDED SCHEDULING ORDER** |

Plaintiff Keith Robert Lugo is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.

On April 20, 2021, the Court granted in part and denied in part Plaintiff's motion to file an amended complaint. On this same date, Plaintiff's third amended complaint was filed and ordered to be served on Defendants Minnehan, G. Lucas, C. Duree, J. Castillo, P. Perez, R. Vasquez, and G. Vasquez.

On June 28, 2021, Defendants filed an answer to the third amended complaint. Accordingly, this action now proceeds on Plaintiff's third amended complaint against Defendants Mayfield, Smith, Minnehan, G. Lucas, C. Duree, J. Castillo, P. Perez, R. Vasquez, and G. Vasquez for violation of Plaintiff's right under the First Amendment to send and/or receive mail.

In light of additional Defendants, the Court issues an amended discovery and scheduling order. Accordingly, it is HEREBY ORDERED that:

　　**1.**　　Exhaustion Motion Filing Deadline: **August 30, 2021**

　　2.　　Deadline to Amend Pleadings: **September 30, 2021**

1

**3.** Discovery Deadline: **December 30, 2021**

4. Dispositive Motion Deadline: **February 28, 2022**

5. All other substantive provisions of the Court's January 3, 2020 remain in effect.

IT IS SO ORDERED.

Dated: **June 30, 2021**

_____
UNITED STATES MAGISTRATE JUDGE