UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ROBERT LUGO,<br><br>    Plaintiff,<br><br>v.<br><br>R. FISHER, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-00039-NONE-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO DEFENDANTS' ANSWER<br><br>(ECF No. 93) |

Plaintiff Keith Robert Lugo is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.

On July 9, 2021, Plaintiff filed a reply to Defendants' answer. Neither the Federal Rules of Civil Procedure nor the Local Rules provide for a reply to an answer, absent an order from the Court requiring one. Fed. R. Civ. P. 7(a)(7). In this case, the Court did not order a reply to the answer.

Accordingly, Plaintiff's reply to Defendants' answer, filed July 9, 2021, is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated: **July 12, 2021**

UNITED STATES MAGISTRATE JUDGE

1