UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ROBERT LUGO,<br><br>   Plaintiff,<br><br>   v.<br><br>R. FISHER, et al.,<br><br>   Defendants. | Case No.: 1:19-cv-00039-NONE-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 96) |

Plaintiff Keith Robert Lugo is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the amended discovery and scheduling order, filed August 30, 2021.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file an exhaustion motion for summary judgment is extended to November 29, 2021.  All other deadlines set forth in the Court's June 30, 2021 order remain in effect.

IT IS SO ORDERED.

Dated:   **September 1, 2021**

UNITED STATES MAGISTRATE JUDGE

1