UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ROBERT LUGO,<br><br>          Plaintiff,<br><br>     v.<br><br>R. FISHER, et al.,<br><br>          Defendants. | Case No.: 1:19-cv-00039-JLT-SAB (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND ENTERING JUDGMENT IN FAVOR OF DEFENDANTS**<br><br>(Docs. 100, 107) |

The assigned magistrate judge issued findings and recommendations that defendants' motion for summary judgment be granted. (Doc. 107.) No objections were filed and the time to do so has now passed.

According to 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

  1. The findings and recommendations issued on June 22, 2022 (Doc. 107), are **ADOPTED IN FULL**.

  2. Defendants' motion for summary judgment (Doc. 100) is granted.

  3 The Clerk of Court is directed to enter judgment in favor of Defendants.

IT IS SO ORDERED.

Dated:  **July 29, 2022**

UNITED STATES DISTRICT JUDGE